```
2
```
Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtors
John A. Tawney
Debra D. Tawney

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| IN RE: | ) | CASE NO.: 20-10627-A-13 |
|---|---|---|
| JOHN A. TAWNEY | ) | CHAPTER 13 |
| DEBRA D. TAWNEY | ) | DC No. SDS-2 |
| | ) | Date: February 25, 2021 |
| | ) | Time: 9:30 am |
| | ) | Judge: Honorable Jennifer E. Niemann |
| Debtors. | ) | Place: Dept. A, Ctrm 11 5th Floor |
| | ) | United States Courthouse |
| | ) | 2500 Tulare St., Fresno, California |

**NOTICE OF HEARING ON INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331**

**TO:　The Debtors, All Creditors, the Chapter 13 Trustee, and the United States Trustee**

**NOTICE IS HEREBY GIVEN** that a hearing will be conducted on **February 25, 2021 at 9:30 AM** before the Honorable Jennifer E. Niemann in Department A of the United States Bankruptcy Courtroom, located at 2500 Tulare St., 5th Floor, Courtroom 11, Fresno, CA 93721 to consider and act upon the Application for Compensation submitted by Susan D. Silveira of Silveira Law Offices, as counsel for Debtors, John A. Tawney and Debra D. Tawney. Applicant seeks an Order allowing for approval of $19,662.50 in fees, less that $1,000.00 already paid to Applicant, and $487.50 in costs, less the $335.00 already paid.. Applicant seeks an Order for payment of

1

1  $18,815.00 in additional fees and costs as an administrative expense to be paid to Silveira Law Offices in the debtors' Chapter 13 bankruptcy case. This application is served pursuant to Local Bankruptcy Rule 9014-1(f) and the Federal Rules of Bankruptcy Procedure.

       Pursuant to District Court General Order 612, no persons are permitted to appear in court unless authorized by order of the court. All appearances of parties and attorneys shall be telephonic through CourtCall. The contact information for CourtCall to arrange a telephonic appearance is: (866) 582-6878.

       PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule 9014-1(f)(1) opposition, if any, to the granting of the Application shall be in writing and shall be served and filed with the Court by the opposing party at least fourteen (14) calendar days preceding the date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Application at oral argument if written opposition to the Application has not been timely filed. If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application. If you wish to review the full Application, you may review the Application on file with the Court or obtain a copy from Applicant. Any opposition and evidence supporting the opposition shall be served on the Chapter 13 Trustee, Debtors' attorney and Debtors at the addresses stated in this notice, no later than 14 days prior to the hearing.

| Michael H. Meyer | Susan D. Silveira | John & Debra Tawney |
|---|---|---|
| Chapter 13 Trustee | Silveira Law Offices | 47133 Sunshine Terrace Drive |
| P.O. Box 28950 | 2037 W. Bullard Avenue #311 | Coarsegold, CA 93614-9494 |

       To determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, the pre-hearing disposition should be viewed at the Court's website at www.caeb.uscourts.gov after 4:00 pm. The day before the hearing; parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: January 28, 2021

                                             Respectfully Submitted,

                                             /s/ Susan D. Silveira
                                             Applicant/Attorney for Debtors