4
Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtors
John A. Tawney
Debra D. Tawney

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>　　JOHN A. TAWNEY<br><br>　　DEBRA D. TAWNEY<br><br><br><br>　　　　　　　　　　Debtors. | CASE NO.: 20-10627-A-13-F<br><br>CHAPTER 13<br><br>DC No. SDS-2<br><br>Date:　February 25, 2021<br>Time:　9:30 am<br>Judge: Honorable Jennifer E. Niemann<br>Place:　Dept. A, Ctrm 11 5th Floor<br>　　　　United States Courthouse<br>　　　　2500 Tulare St., Fresno, California |

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, certify:

I am a citizen of the United States and a resident of Fresno, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 2037 W. Bullard Avenue #311, Fresno, CA 93711-1200.

On January 28, 2021, I served the following documents:

**INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO U.S.C.§331**

**EXHIBITS IN SUPPORT OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331**

1

Filed 01/28/21     Case 20-10627     Doc 72

**NOTICE OF HEARING ON INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331**

by first-class United States mail, postage pre-paid, at <u>Fresno</u>, California, on the date noted below and addressed to those listed below and on the attached list which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee and US. Trustee will receive such notice upon the electronic filing of this document.

     I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

     Executed on January 28, 2021 at Fresno, California.

                                            /s/ Susan D. Silveira
                                            Susan D. Silveira

Wyndham Vacation Resorts, Inc
265 E. Harmon Avenue
Las Vegas, NV 89109

1

Label Matrix for local noticing
0972-1
Case 20-10627
Eastern District of California
Fresno
Wed Jan 27 11:13:58 PST 2021

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cawlay Bergman
550 Broad St 1001
Newark NJ 07102-4542

Club Wyndham Plus
P O Box 98940
Las Vegas NV 89193-8940

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company *Duplicate*
P O Box 542000
Omaha NE 68154-8000

Gurstel Law Firm
9320 East Raintree Drive
Scottsdale AZ 85260-2016

John H. Kim
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

Medallion Bank
c/o Systems & Services
Technologies, Inc.
PO Box 9013
Addison, Texas 75001-9013

Patenaude Felix A P C
4545 Murphy Canyon Rd 3rd Flr
San Diego CA 92123-4363

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

Capital One Bank (USA), N.A. *Duplicate*
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Citi *Duplicate*
P O Box 6500
Sioux Falls SD 57117-6500

Comenity Bank
Bankruptcy Department
P O Box 183043
Columbus OH 43218-3043

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Foster Garbus
60 Motor Parkway
Commack NY 11725-5710

Hunt Henriques
151 Bernal Rd Ste 8
San Jose CA 95119-1491

Kohl Cap One
P O Box 85520
Richmond VA 23285-5520

Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

Phillips Cohen
Mail Stop 658
1002 Justison Street
Wilmington DE 19801-5148

Barclays Bank Delaware
125 S West Street
Wilmington DE 19801-5014

Card Services
P O Box 8802
Wilmington DE 19899-8802

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento CA 94280-0001

Ford Motor Credit Company *Duplicate*
One American Road
Dearborn MI 48126-2701

Franchise Tax Board *Duplicate*
Attn Special Procedures
P O Box 2952 MS-A430
Sacramento CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia PA 19101-7346

Kohl's
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

Playa Grande Resort
Playa Grande Resort SA de CV
P O Box 96058
Las Vegas NV 89193-6058

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears
13200 Smith Rd
Cleveland OH 44130-7802

Susan D. Silveira  *Attorney for*
2037 W Bullard Ave #311  *Debtors*
Fresno, CA 93711-1200

State Board of Equalization
P O Box 942879
Sacramento CA 94279-7072

Suttell Hammer
P O Box C-90006
Bellevue WA 98009

Systems and Services Technologies Inc  *Duplicate*
4315 Pickett Road
P O Box 3999
Saint Joseph MO 64503-0999

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target  *Duplicate*
P O Box 673
Minneapolis MN 55440-0673

Debra D. Tawney
47133 Sunshine Terrace Drive
Coarsegold, CA 93614-9494

John A. Tawney
47133 Sunshine Terrace Drive
Coarsegold, CA 93614-9494

The Home Depot
P O Box 6497
Sioux Falls SD 57117-6497

The Money Source Inc
500 S Broad St Suite 100A
Meriden CT 06450-6755

The Money Source Inc.  *Duplicate*
500 South Broad Street Suite 100A
Meriden, Connecticut 06450-6755

US Bank National Association
269 Technology Way Bldg B Unit 3
Rocklin CA 95765-1207

(p)WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

Wyndham Vacation Resorts Inc  *Duplicate*
6277 Sea Harbor Drive
Orlando FL 32821-8043

Wyndham Vacation Resorts Inc  *Duplicate*
P O Box 94443
Las Vegas NV 89193-4443

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Absolute Resolutions Investments LLC
c o Absolute Resolutions Corporation
8000 Norman Center Drive Ste 350
Minneapolis MN 55437

Capital One Bank
P O Box 85015
Richmond VA 23285

(d)Capital One Bank
P O Box 85520
Richmond VA 23285

Citibank
Attn Internal Recovery Centralized
Bankruptcy
P O Box 20507
Kansas City MO 64195

FORD MOTOR CREDIT COMPANY LLC
DEPT 55953 PO BOX 55000
DETROIT, MI 48255-0953

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Wyndham Vacation Resorts
P O Box 98940
Las Vegas NV 89193-8940